IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AKEEM RICKY MILLER,

    Petitioner,

v.

STEVE MANNION, et al.,

    Respondents.

1:22-CV-840
(JUDGE MARIANI)

FILED
SCRANTON
AUG 0 1 2022
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS _1st_ DAY OF AUGUST, 2022, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 11) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case in the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge